IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JASEN ADAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-181 |
| FERRELL ELECTRIC, Inc., and JAMES N. FERRELL, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' Joint Status Report, which requests a stay of proceedings pending arbitration of a dispute over attorneys' fees. (Doc. 34.) The parties indicate that, following mediation, the parties reached a settlement agreement. As part of the settlement agreement, the parties agreed to submit a dispute over attorneys' fees to arbitration, which the parties indicate is set to be completed by October 16, 2015. Accordingly, the Court **ORDERS** that the case shall be **STAYED** until **OCTOBER 16, 2015**.

The Court **DIRECTS** the parties to file a status report by **5:00 P.M.** on **OCTOBER 16, 2015** regarding the progress of the arbitration.

**ORDER ENTERED** at Augusta, Georgia this 21st day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA